**Entered on Docket**
**January 31, 2011**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
MATTHEW M. MCARTHUR (NV Bar #11649)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DANIEL S OYLER,<br><br>              Debtor(s). | Bankruptcy Case No. BK-N-10-54340-GWZ<br><br>Chapter 7<br><br>WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:   January 25, 2011<br>Time:   10:00 a.m. |

1   A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia
2   Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage
3   FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United
4   States Bankruptcy Court before the Honorable Gregg W. Zive.

5   The court having duly considered the papers and pleadings on file herein and
6   being fully advised thereon and finding cause therefor:

7   IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

8   Relief from the automatic stay of 11 United States Code section 362 is hereby
9   granted as it applies to the real property commonly known as 949 Dana Ct # 10, Incline Village,
10  Nevada 89451-8816, which is legally described as:

11  PARCEL 1:

12
13  Unit 10, of TAHOE PALISADES, a Townhouse, being Parcels A & B, of INCLINE VILLAGE UNIT NO. 3, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on December 15, 1977, File No. 503582.
14

15  PARCEL 2:

16  An undivided 1/22nd interest in and to the Common Area as shown on said Official Map.

17

18  APPROVED/DISAPPROVED    APPROVED/DISAPPROVED

19
20  JOE M. LAUB                ALLEN M DUTRA
    DEBTOR'S ATTORNEY          TRUSTEE
21

22  /./../
23  /./../
24  /./../
25  /./../
26  /./../
27  /./../
28  /./../

1  In accordance with LR 9021, counsel submitting this document certifies that the order accurately
2  reflects the court's ruling and that (check one):

3  ☐   The court has waived the requirement set forth in LR 9021(b)(1).

4  ☐   No party appeared at the hearing or filed an objection to the motion.

5  ☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
6  and any unrepresented parties who appeared at the hearing, and each has approved or
7  disapproved the order, or failed to respond, as indicated below [list each party and whether the
8  party has approved, disapproved, or failed to respond to the document]:

9  ☐   Approved.

10 ☐   Disapproved.

11 ☐   Failed to respond.

12

13 ☒   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
14 with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of
15 the order.

16                                           ###

17 Submitted by:

18 /s/ MATTHEW M. MCARTHUR
   4375 Jutland Drive, Suite 200
19 P.O. Box 17933
   San Diego, CA 92177-0933
20 (858) 750-7600
   NV Bar #11649
21 Attorney for WELLS FARGO
   BANK, N.A. ALSO KNOWN AS
22 WACHOVIA MORTGAGE, A
   DIVISION OF WELLS FARGO
23 BANK, N.A, AND FORMERLY
   KNOWN AS WACHOVIA
24 MORTGAGE FSB